IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| JOYCE RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-3303-CV-SW-SWH |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

Pending before the Court is plaintiff's Application For Attorney's Fees Under The Equal Access To Justice Act. (Doc. # 21) The motion requests an award of fees in the amount of $3,890.25 which represents 26.6 hours of attorney time at the rate of $146.25 per hour. Defendant's Response To Plaintiff's Motion For Attorney Fees Under The Equal Access To Justice Act states that defendant has no objection to the plaintiff's request. (Doc. # 22) Accordingly, it is

ORDERED that plaintiff's Application For Attorney's Fees Under The Equal Access To Justice Act (doc. # 21) is granted. Attorney fees in the amount of $3,890.25 are hereby awarded.

*/s/ Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE