IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

JOYCE RICHARDS,

    Plaintiff,

v.                                    Case No. 04-3303-CV-S-SWH

JO ANNE B. BARNHART,

    Defendant(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED**

that plaintiff's Application For Attorney's Fees Under The Equal Access To Justice Act (doc. # 21) is granted. Attorney fees in the amount of $3,890.25 are hereby awarded.

July 11, 2005                          PATRICIA L. BRUNE
Date                                           Clerk of the Court

                                                /s/ Bonnie J. Rowland
                                                (by) Deputy Clerk